AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>ISAIAH JASON MAZA, Jr.<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   3:20-mj-00185<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 22, 2020,__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 111(a)(1) and (b) | Assault on a federal officer by means of a dangerous weapon, resulting in bodily injury |
| 18 USC Sections 1361 and 2 | Willfully injuring and committing depredation to property of the United States in an amount exceeding $1,000. |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Wade Mutchler, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Wade Mutchler, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5:17__ a.m./p.m.

Date: __August 2, 2020__

/s/ Jolie A. Russo
*Judge's signature*

City and state: __Portland, Oregon__   Honorable Jolie Russo, U.S. Magistrate Judge
*Printed name and title*